IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VANIA DE ARMAS RAMOS,

     Petitioner,

v.                                                                      No. 2:26-cv-01019-MLG-GBW

MARKWAYNE MULLIN, Secretary of
the U.S. Department of Homeland Security, et al.,

     Respondents.

## ORDER TRANSFERRING CASE
## TO CHIEF JUDGE KENNETH J. GONZALES

Petitioner Vania De Armas Ramos, a citizen of Cuba, is detained at the Otero County Processing Center in Chaparral, New Mexico. Doc. 1 at 4, 6 ¶¶ 17, 27. On April 3, 2026, De Armas Ramos filed a Petition for Writ of Habeas Corpus ("Petition"), Doc. 1, requesting an Order from the Court that would direct federal immigration authorities to immediately release her from immigration custody. *Id.* at 15. This is now the second habeas petition De Armas Ramos has filed in the District; she filed the first on February 18, 2026, requesting the same relief, albeit under a different legal framework. *Compare* Doc. 1 at 2, 15 ("Petitioner respectfully requests that this Court grant the Petition . . . and order . . . Petitioner's immediate release from custody" as a remedy for being detained "without [the Department of Homeland Security ("DHS")] first lawfully terminating . . . [Petitioner's] parole in accordance with governing statutes and regulations."), *with* Petition for Writ of Habeas Corpus, Doc. 1, at 6-7, 14, *De Armas Ramos v. Noem*, No. 2:26-cv-00455-KG-KRS (D.N.M.) (detailing her prayer for relief as immediate release from custody, "or, in the alternative, . . . a prompt individualized bond hearing under INA § 1226(a)[,]" to remedy her unreasonably prolonged immigration detention).

1

Given the similarity of De Armas Ramos's petitions in these two cases, the "compelling considerations of judicial efficiency and avoidance of inconsistent judicial results strongly favor" having a single judge address both petitions. *See Arizona & New Mexico Coal. of Ctys. for Econ. Growth v. U.S. Fish & Wildlife Serv.*, No. 15-cv-00125-WJ-WPL, 2015 WL 9917341, at *7 (D.N.M. Apr. 23, 2015). Accordingly, the Court hereby transfers this case, No. 2:26-cv-01019-MLG-GBW, to Chief Judge Kenneth J. Gonzales. *See* Fed. R. Civ. P. 42(a)(3) (permitting a court to "issue any . . . order[] to avoid unnecessary cost or delay" when cases "involve a common question of law or fact"); *Payne v. Tri-State Careflight, LLC*, 327 F.R.D. 433, 451 n.9 (D.N.M. 2018) (explaining that Rule 42(a)(3) permits a judge to transfer a case to another judge within the District of New Mexico and noting that "the tradition and practice has been to consolidate the case[] with the highest number[] into the one with the lowest number[]").

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

2